**Larry R. JAMES, Petitioner,**

v.

**DEPARTMENT OF THE NAVY, Respondent.**

No. 00–3321.

United States Court of Appeals, Federal Circuit.

April 6, 2001.

Before RADER, SCHALL, and LINN, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**LIFESCAN, INC., Plaintiff–Appellant,**

v.

**HOME DIAGNOSTICS, INC., Defendant–Cross Appellant,**

and

**MIT Development Corp., (now part of Home Diagnostics, Inc.), Defendant.**

Nos. 00–1485, 00–1486.

United States Court of Appeals, Federal Circuit.

April 6, 2001.

Before RADER, SCHALL, and LINN, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.